```
COOPER, WHITE & COOPER LLP
WILLIAM H. G. NORMAN (SBN 49942)
  wnorman@cwclaw.com
EDWARD L. SEIDEL (SBN 200865)
  eseidel@cwclaw.com
201 California Street, 17th Floor
San Francisco, California 94111
Telephone:   (415) 433-1900
Facsimile:   (415) 433-5530
```

Attorneys for Defendant Norma Beard

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| MAYHEW CENTER, LLC; and DEAN DUNIVAN,<br><br>  Plaintiffs,<br><br>vs.<br><br>NORMA BEARD,<br><br>  Defendant. | CASE NO. C10-00527 (CW)<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT NORMA BEARD TO RESPOND TO PLAINTIFFS' COMPLAINT**<br><br>Trial Date: None Set |

Defendant NORMA BEARD (Defendant) and Plaintiffs MAYHEW CENTER, LLC and DEAN DUNIVAN (collectively, Plaintiffs), by and through their counsel, stipulate that Defendant may have additional time to serve and file any and all appropriate responsive pleading(s) to the Complaint filed in this action. Originally due on or about June 1, 2010, said responsive pleading(s) shall be due two (2) weeks after whichever event occurs first: 1) The Court-ordered Settlement Conference with Magistrate Judge Spero, currently set for June 21, 2010 or 2) A mediation at JAMS, which the parties are attempting to set for June 16, 2010.

This is the first extension of time requested by Defendant and it has been granted by Plaintiffs because the parties seek to give the Court-ordered Settlement Conference or Mediation the best possibility of success, including keeping Defendant's costs as low as possible prior to the Alternative Dispute Resolution procedure to occur in June 2010.

COOPER, WHITE & COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

634227.1                                                                                           C10-00527 (CW)
STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT

1    The parties do not believe that this extension will affect the scheduling of the Case
2  Management Conference presently set for July 13, 2010.
3    IT IS SO STIPULATED.
4  DATED: May 2_, 2010                HOWRY, LLP

6                                      By:  /s/ Aaron Myers
7                                           Aaron Myers
                                             Attorneys for Plaintiffs MAYHEW CENTER,
8                                            LLC and DEAN DUNIVAN

11 DATED: May 24, 2010                COOPER, WHITE & COOPER LLP

13                                     By:  _____
                                             Edward L. Seidel
14                                           Attorneys for Defendant Norma Beard

16                                   **ORDER**
17    PURSUANT TO THIS STIPULATION, IT IS SO ORDERED.

19  Dated: May 27, 2010

                                       _____
22                                     The Honorable Claudia Wilken
                                       United States District Judge

COOPER, WHITE & COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

634227.1                            2                           C10-00527 (CW)
STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT