Brian A. Kelly (SBN 124738)
Christian P. Foote (SBN 240919)
**DUANE MORRIS LLP**
One Market, Spear Tower, Suite 2200
San Francisco, CA 94105-1127
Telephone: 415.957.3000
Facsimile: 415.957.3001
E-Mail:   bakelly@duanemorris.com
          cpfoote@duanemorris.com

Attorneys for Plaintiff and Cross-Defendant
WALNUT CREEK MANOR, LLC

Aaron Myers (SBN 200145)
**HOWREY LLP**
525 Market Street, Suite 3600
San Francisco, California 94105-2708
Telephone:  (415) 848-4900
Facsimile:  (415) 848-4999
E-Mail:    myersa@howrey.com

Attorneys for Defendants and Cross-Claimants
MAYHEW CENTER, LLC and DEAN DUNIVAN

Edward L. Seidel
**COOPER, WHITE & COOPER LLP**
201 California St., 17th Fl.
San Francisco, CA 94111
Tel: 415-433-1900
Fax: 415-433-5530

Attorneys for NORMA BEARD

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAYHEW CENTER, LLC, a California limited liability company; Dean Dunivan, an individual;<br><br>            Plaintiff,<br><br>     v.<br><br>Norma Beard,<br><br>            Defendants. | Case No. C-10-00527-CW<br>[Related Case no. C 07 5664 CW]<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER FOR REMOVAL OF DECEMBER 7, 2010 STATUS CONFERENCE FROM CALENDAR**<br><br>Judge:  Hon. Claudia Wilken |

DM1\2425092.1 03166/00001
STIPULATION AND [~~PROPOSED~~] ORDER RE: DECEMBER 7, 2010 STATUS CONFERENCE

# STIPULATION

Plaintiffs Mayhew Center LLC and Dean Dunivan (collectively, "MC"), and Defendant Norma Beard, and Walnut Creek Manor LLC, stipulate as follows:

WHEREAS, a Status Conference is currently scheduled for December 7, 2010 at 2pm, pursuant to the Clerk's Notice dated October 8, 2010 [docket no. 25];

WHEREAS, on November 23, 2010, the Court signed the Injunction Order Against Mayhew Center LLC, And Dean Dunivan With Respect To Cleanup/Abatement Of The MC/WCM Properties [C 07 5664 CW, docket no. 273];

WHEREAS, the Court's Injunction Order and the parties' accompanying Stipulation resolve all outstanding issues that remained to be adjudicated in this and the related action;

WHEREAS, the parties wish to avoid unnecessary litigation costs;

IT IS HEREBY STIPULATED that WCM, by and through its attorney of record Duane Morris, LLP; MC, by and through its attorney of record Howrey LLP; and Norma Beard, by and through her attorney of record Cooper, White and Cooper, agree to the following:

1. The Status Conference, currently scheduled for December 7, 2010, shall be removed from the calendar.

Dated: November 24, 2010                **DUANE MORRIS LLP**

*/s/ Brian Kelly*
Brian A. Kelly
Attorneys for Plaintiff and Cross-Defendant
WALNUT CREEK MANOR, LLC

Dated: November 24, 2010                **HOWREY LLP**

*/s/ Aaron Myers*
Aaron Myers
Attorneys for Defendant and Cross-Complainant
MAYHEW CENTER LLC and DEAN DUNIVAN

1                                     **COOPER, WHITE & COOPER LLP**

2 Dated: November 24, 2010                */s/ Ed Seidel*

3                                     Edward Seidel
                                    Attorney for NORMA BEARD

## ORDER

Pursuant to the above stipulation, and good cause appearing therefore, IT IS SO ORDERED.

Dated __12/6/2010____

_____
Hon. Claudia Wilken
Judge of the United States District Court