1  Elizabeth Weaver (SBN 123764)
   HOWREY LLP
2  550 South Hope Street, Suite 1100
   Los Angeles, California  90071
3  Telephone:  (213) 892-1800
4  Facsimile:   (213) 892-2300
   weavere@howrey.com
5

   Aaron Myers (SBN 200145)
6  HOWREY LLP
   525 Market Street, Suite 3600
7  San Francisco, California  94105
8  Telephone:  (415) 848-4900
   Facsimile:   (415) 848-4999
9  myersa@howrey.com

10 Attorneys for Plaintiffs MAYHEW
   CENTER, LLC and DEAN DUNIVAN
11

12                    UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14                           OAKLAND DIVISION

15

| MAYHEW CENTER, LLC; and DEAN DUNIVAN,<br><br>Plaintiffs,<br><br>vs.<br><br>NORMA BEARD,<br><br>Defendant. | **Case No. 4:10-cv-0527 CW**<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |
|---|---|

1   IT IS HEREBY STIPULATED AND AGREED by and between the parties to this action
2   through their designated counsel of record that the above captioned action be and hereby is dismissed
3   with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

4   Dated: December 13, 2010         /s/ Aaron Myers

5                                    Aaron Myers
                                     HOWREY LLP
6                                    525 Market Street, Suite 3600
                                     San Francisco, California  94105
7                                    Tel: (415) 848-4900
                                     myersa@howrey.com
8
                                     *Counsel for Mayhew Center, LLC and Dean Dunivan*
9

10  Dated: December 13, 2010         /s/ Edward L. Seidel

11                                   Edward L. Seidel
                                     COOPER WHITE & COOPER LLP
12                                   201 California Street, 17th Floor
                                     San Francisco, California 94111
13                                   Tel: (415) 433-1900
                                     ESeidel@cwclaw.com
14
                                     *Counsel for Norma Beard*
15

16
17
18  
19  IT IS SO ORDERED
20
21  Judge Claudia Wilken
22
23
24
25
26
27
28

**HOWREY LLP**

Case No.  4:10-cv-0527
Stipulation of Dismissal With Prejudice

-1-